**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LUISCEITO CRUZ DUBOIS,**<br>**Plaintiff,**<br>**v.**<br>**DARTMOUTH HOUSE OF CORRECTION, et al.,**<br>**Defendants.** | **Civil Action No. 26-10829-FDS** |

**ORDER**

**SAYLOR, J.**

*Pro se* plaintiff Luisceito Cruz DuBois, an inmate serving a sentence at the Bristol County House of Correction in Dartmouth, initiated this action by filing a one-page, handwritten letter that was entered on the docket as a complaint. Dkt. No. 1. With the letter, plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs (also referred to as an application or motion for leave to proceed *in forma pauperis*). Dkt. No. 2.

On August 10, 2026, Court denied without prejudice plaintiff's motion for leave to proceed i*n forma pauperis*. Dkt. No. 4. The Court informed plaintiff that to proceed with this action, he must, on or before September 21, 2026, (1) either pay the $405 filing and administrative fees or file a motion for leave to proceed *in forma pauperis* with a six-month certified prison account statement; and (2) file a complaint. *Id.* The Court further informed plaintiff that failure to comply with its order would result in dismissal of this action. *Id.*

Plaintiff has not, to date, responded to the Court's order and the time to do so has expired. This Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and comply with the Court's orders. *See* Fed. R. Civ. P. 41(b); *Santos v. Dep't of Educ. of*

*Com. of Puerto Rico*, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act sua sponte to dismiss a suit for failure to prosecute"); *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b).").

Such a dismissal is warranted here. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. The Clerk shall enter a separate order of dismissal.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: October 20, 2026